UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FARM BUREAU MUTUAL INSURANCE COMPANY OF MICHIGAN,<br>　　Plaintiff,<br><br>-v-<br><br>CNH INDUSTRIAL AMERICA, LLC,<br>　　Defendant. | No. 1:14-cv-704<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict in favor of the Defendant and against the Plaintiff.

**IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of Defendant CNH Industrial America, LLC, and against Plaintiff Farm Bureau Mutual Insurance Company of Michigan, pursuant to the verdict form completed by the jury.


Date:  October 2, 2015 　　　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge